WR-83,924-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/22/2015 8:51:24 AM
Accepted 9/22/2015 10:38:54 AM
ABEL ACOSTA
CLERK

No. _____

RECEIVED
COURT OF CRIMINAL APPEALS
9/22/2015

**IN THE COURT OF CRIMINAL APPEALS** ABEL ACOSTA, CLERK

**OF THE STATE OF TEXAS**

EX PARTE

TIMOTHY WADE MITLEFF,

*Applicant*

### MOTION FOR LEAVE TO FILE
### PETITION FOR WRIT OF HABEAS CORPUS

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now TIMOTHY WADE MITLEFF, Applicant in the above-entitled and numbered cause, and respectfully moves this Court pursuant to Texas Rule of Appellate Procedure 72.1 to grant leave to file the accompanying original petition for writ of habeas corpus.

Dated: September 21, 2015

Respectfully submitted,

By: __*/s/ Wade A. Forsman*_
**Wade A. Forsman**
State Bar No. 07264257
P.O. Box 918
Sulphur Springs, TX 75483-0918
903.689.4144 East Texas

**Motion for Leave to File** **Page 1**
**Petition for Writ of Habeas Corpus**

972.499.4004 Dallas/Fort Worth
903.689.7001 Facsimile
**wade@forsmanlaw.com**

**Attorney for Applicant,**
**Timothy Wade Mitleff**

### CERTIFICATE OF SERVICE

This is to certify that on **September 21, 2015**, I served a true and correct copy of the above and foregoing *Petition for Writ of Habeas Corpus* by email on Matthew Howard Harris, Assistant District Attorney, at 114 Main Street, Sulphur Springs, Texas 75482.

__/s/ Wade A. Forsman_
**Wade A. Forsman**
